**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6393**

_____

SAMUEL KNOWLES,

                    Plaintiff - Appellant,

          v.

UNITED STATES OF AMERICA,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (5:12-ct-03212-F)

_____

Submitted:  December 1, 2016          Decided:  December 20, 2016

_____

Before KING, SHEDD, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Samuel Knowles, Appellant Pro Se.  Kimberly Ann Moore, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina; Christina Ann Kelley, BUREAU OF PRISONS, Butner, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Knowles appeals the district court's order awarding nominal damages to him in this Federal Tort Claims Act action. We have reviewed the record and find no reversible error. Accordingly, we affirm because, as the district court noted, Knowles did not carry his burden to establish an amount of actual damages. See Olivetti Corp. v. Ames Bus. Sys., Inc., 356 S.E.2d 578, 586 (N.C. 1987); Knowles v. United States, No. 5:12-ct-03212 (E.D.N.C. Feb. 11, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED